1
2
3
4
5
6
7
8  (Attorney Information Listed on Next Page)
9
10              UNITED STATES DISTRICT COURT
11
12              EASTERN DISTRICT OF CALIFORNIA

13  `

| LEE BOND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FERGUSON ENTERPRISES, INC.,<br><br>Defendant. | CASE NO. 1:09-CV-01662-OWW-SKO<br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO AMEND COMPLAINT**<br><br>Judge: Hon. Oliver W. Wanger |
|---|---|

**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, CA Bar No. 229832
Charlie Z. Stein, CA Bar No. 265361
Tatiana Hernandez, CA Bar No. 255322
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@laborgators.com
cstein@laborgators.com

**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
Melissa M. Harnett, CA Bar No. 164309
Jesse B. Levin, CA Bar No. 268047
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, CA 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266
mharnett@wccelaw.com
jlevin@wccelaw.com

**ATTORNEYS FOR PLAINTIFF LEE BOND AND THE PUTATIVE CLASS**

**CURIALE, HIRSCHFELD, KRAEMER, LLP**
Reed E. Schaper, CA Bar No. 082792
Kirstin E. Muller, CA Bar No. 186373
Kimberly G. Brener, CA Bar No. 244531
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

**ATTORNEYS FOR DEFENDANT FERGUSON ENTERPRISES, INC.**

## ORDER

GOOD CAUSE APPEARING THEREFOR, the Parties' Joint Stipulation to Extend Plaintiff's Deadline to file Motion to Amend Complaint is granted.

IT IS HEREBY ORDERED THAT the deadline for Plaintiff to file and serve a Motion to Amend the Complaint is continued to September 7, 2010.

IT IS SO ORDERED.

Dated:  **June 10, 2010**               **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE