MELISSA M. HARNETT (Bar No. 164309)
  mharnett@wccelaw.com
GREGORY SCARLETT (Bar No. 131486)
  gscarlett@wccelaw.com
JORDAN S. ESENSTEN (Bar No. 264645)
  jesensten@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone:  (818) 705-6800 • (323) 872-0995
Facsimile:  (818) 996-8266

CRAIG ACKERMANN (Bar No. 229832)
  cja@laborgators.com
TATIANNA HERNANDEZ (Bar No. 255322)
**ACKERMANN & TILAJEF, P.C.**
1180 S. Beverly Drive, Suite 610
Los Angeles, CA  90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

Attorneys for Plaintiff, LEE BOND,
individually and others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| LEE BOND, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FERGUSON ENTERPRISES, INC., a corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 1:09-CV-01662-OWW-SKO<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

958850.1                              1                    1:09-CV-01662-OWW-SKO
[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

1  Pursuant to the Parties' Stipulation, and good cause appearing therefore, the court
2  hereby GRANTS Plaintiffs leave to file the First Amended Putative Class Action
3  Complaint, attached as Exhibit A to the Parties' Stipulation.  Plaintiff's First Amended
4  Putative Class Action Complaint shall be deemed filed and served on Defendant on the
5  date this Order is signed by the Court.  Defendant will have twenty-one (21) days from the
6  date that the Court enters this Order to file its Answer to the First Amended Complaint.

9  IT IS SO ORDERED.

10  Dated:   **July 30, 2010**              **/s/ Oliver W. Wanger**
11                                          UNITED STATES DISTRICT JUDGE

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033