**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, CA Bar No. 229832
Charlie Z. Stein, CA Bar No. 265361
Tatiana Hernandez, CA Bar No. 255322
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@laborgators.com
cstein@laborgators.com

**ATTORNEYS FOR PLAINTIFF LEE BOND RICHARD BURKHART AND THE PUTATIVE CLASS**

(Attorney Information Listed on Next Page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

`

| | |
|---|---|
| LEE BOND and RICHARD BURKHART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FERGUSON ENTERPRISES, INC.,<br><br>Defendant. | CASE NO. 1:09-CV-01662-OWW-SKO<br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CLASS CERTIFICATION HEARING DATE AND RELATED DEADLINES BY 120 DAYS**<br><br>Judge: Hon. Oliver W. Wanger |

**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
Melissa M. Harnett, CA Bar No. 164309
Jesse B. Levin, CA Bar No. 268047
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, CA 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266
mharnett@wccelaw.com
jlevin@wccelaw.com

**ATTORNEYS FOR PLAINTIFF LEE BOND**
**RICHARD BURKHART AND THE PUTATIVE CLASS**

**CURIALE HIRSCHFELD KRAEMER LLP**
Reed E. Schaper, CA Bar No. 082792
Kirstin E. Muller, CA Bar No. 186373
Kimberly G. Brener, CA Bar No. 244531
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

**ATTORNEYS FOR DEFENDANT**
**FERGUSON ENTERPRISES, INC.**

**<u>ORDER</u>**

GOOD CAUSE APPEARING as set forth in the Parties' Joint Stipulation to Extend the class certification hearing date, as well as the deadlines for Plaintiffs' motion for class certification, Defendant's opposition and Plaintiffs' reply,  by 120 days; specifically, the parties need more time to conduct discovery and to explore settlement at mediation prior to the filing and opposing of a motion for class certification; IT IS HEREBY ORDERED THAT:

1.The deadline for Plaintiff to file a Motion for Class Certification is continued to January 18, 2011;

3. The deadline for Defendant to file an Opposition to Plaintiffs' Motion for Class Certification is continued to February 9, 2011;

3. The deadline for Plaintiffs to file a reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification is continued to February 25, 2011;

4. The hearing for Plaintiffs' Motion for Class Certification is continued to March 22, 2011.

IT IS SO ORDERED.

Dated:   **September 8, 2010**              **/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE