(Attorney Information Listed on Next Page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE BOND and RICHARD JAMES BURKHART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FERGUSON ENTERPRISES, INC., a corporation, and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. 1:09-CV- 01662-OWW-MJS<br><br>**ORDER VACATING ALL OUTSTANDING HEARINGS AND DEADLINES AND SETTING HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Oliver W. Wanger |

**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, CA Bar No. 229832
Rachelle E. Tsarovsky, CA Bar No. 248032
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@laborgators.com

**WASSERMAN, COMDEN,**
**CASSELMAN & ESENSTEN, L.L.P.**
Melissa M. Harnett, CA Bar No. 164309
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, CA 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266
mharnett@wcclaw.com

**ATTORNEYS FOR PLAINTIFF LEE BOND,**
**INDIVIDUALLY AND OTHERS SIMILARLY SITUATED**

**CURIALE, HIRSCHFELD, KRAEMER, LLP**
Reed E. Schaper, CA Bar No. 082792
Kirstin E. Muller, CA Bar No. 186373
Kimberly G. Brener, CA Bar No. 244531
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

**ATTORNEYS FOR DEFENDANT**
**FERGUSON ENTERPRISES, INC.**

<u>ORDER</u>

In light of the parties' agreement to settle the above-referenced matter on a class-wide basis; the parties' request to present their proposed class action settlement to the Court for preliminary approval; and insofar as both parties have stipulated to as much, IT IS HEREBY ORDERED:

That all outstanding hearings and deadlines, including the hearing date for Plaintiff's Motion for Class Certification, currently set for March 22, 2011, and all related deadlines, are hereby vacated without prejudice to their re-setting if this Court does not approve of the parties' Settlement Agreement. The Plaintiff will file his Motion for Preliminary Approval of Class Action Settlement on or before December 15, 2010, and such motion will be heard on January 24, 2011.

IT IS SO ORDERED.

Dated:   **November 12, 2010**          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE