CRAIG ACKERMANN (Bar No. 229832)
TATIANA HERNANDEZ (Bar No. 255322)
**ACKERMANN & TILAJEF, P.C.**
1180 S. Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

MELISSA MEEKER HARNETT (Bar No. 164309)
mharnett@wccelaw.com
JESSE B. LEVIN (Bar No. 268047)
jlevin@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 996-8266

Attorneys for Plaintiff, LEE BOND and RICHARD JAMES BURKHART, individually and others similarly situated

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE BOND and RICHARD JAMES BURKHART, individually and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FERGUSON ENTERPRISES, INC., a corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01662-MJS<br><br>**CLASS ACTION**<br><br>**FINAL JUDGMENT AND DISMISSAL**<br><br>Crtrm.: 3<br>**Judge: Hon. Michael J. Seng** |

1.	The Final Approval Order was entered on July 15, 2011;

2.	All payments required to be made under the Settlement Agreement and the Final Approval Order have now been made;

3.	Accordingly, the Court hereby enters Final Judgment and dismisses the Complaint with prejudice, pursuant to the terms set forth in the Stipulation between Named Plaintiffs and Defendant, and the Final Approval Order.

IT IS SO ORDERED.

Dated:  April 30, 2012           /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE